

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHYLLIS EDWARDS                    :        CIVIL ACTION

        v.                                        **FILED**

                                        APR 1 4 2011

MICHAEL J. ASTRUE, COMMISSIONER OF THE       :        NO. 10-1088
SOCIAL SECURITY ADMINISTRATION

### ORDER

AND NOW, this       '4th       day of       April       , 2011, upon consideration

of Plaintiff's Memorandum of Law, the Defendant's Response thereto, the record herein, and after

review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it

is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The relief requested in Plaintiff's Memorandum of Law is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner for further administrative proceedings

consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
PETRESE B. TUCKER, J.