

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS EDWARDS | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | : | NO. 10-1088 |

## ORDER

AND NOW, this _27th_ day of _April_, 2011, upon consideration of Plaintiff's Memorandum of Law, the Defendant's Response thereto, the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The relief requested in Plaintiff's Memorandum of Law is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
PETRESE B. TUCKER, J.